Karin L. Schaffer, OSB No. 123387
kschaffer@wshblaw.com
Graham B. Miller, OSB No. 161424
gmiller@wshblaw.com
Wood, Smith, Henning & Berman LLP
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
Telephone: 971-256-4010
Facsimile: 971-275-1928

*Attorneys for AP Professionals of Phoenix, LLC dba AP Professionals*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY SCHNEYER,<br><br>            Plaintiff,<br>    v.<br><br>AP PROFESSIONALS OF PHOENIX, LLC dba AP PROFESSIONALS; and NIKE, INC.,<br><br>            Defendants. | Case No. 3:20-cv-02224-SI<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

The parties, by and through their undersigned counsel, hereby stipulate that Plaintiff, Kelly Schneyer's, claims against Defendants, AP Professionals of Phoenix LLC, dba AP Professionals and Nike, Inc., in the above-captioned action be dismissed with prejudice, with each side to bear its own fees and costs, and with no right of appeal.

**STIPULATED GENERAL JUDGMENT OF DISMISSAL** - 1

DATED this 21st day of June 2022.

By:    */s/ Karin L. Schaffer*
Karin L. Schaffer, OSB No. 123387
Graham B. Miller, OSB No. 161424
Wood, Smith, Henning & Berman LLP
12755 SW 69th Avenue, Suite 100
Portland, OR 97223
kschaffer@wshblaw.com
gmiller@wshblaw.com
Telephone: 971-256-4010
Facsimile: 971-275-1928

*Attorneys for AP Professionals of Phoenix, LLC dba AP Professionals*

Baker Law, P.C.

  */s/ Serena Liss*       6/21/2022
Serena Liss                Date
Baker Law PC
1 SW Columbia, Suite 1850
Portland, OR 97204

*Attorneys for Plaintiff*

Stoel Rives, LLP

*/s/ Ryan S. Kunkel*      6/21/2022
Ryan S. Kunkel            Date
760 SW Ninth Avenue
Suite 3000
Portland, OR 97205

*Attorneys for Nike, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the undersigned is a citizen of the United States and a resident of the State of Oregon, living in said state, over the age of eighteen (18) years, not a party to, and competent to be a witness in this action; that on this date the undersigned caused to be served on counsel of record as shown below, in the manner indicated, a true and correct copy of the foregoing document.

| | |
|---|---|
| Aaron Baker<br>Serena Liss<br>Baker Law PC<br>1 SW Columbia, Suite 1850<br>Portland, OR 97204<br>aaron@awbakerlaw.com<br>serena@awbakerlaw.com | Ryan S. Kunkel<br>Laura Rosenbaum<br>Stoel Rives LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>ryan.kunkel@stoel.com<br>laura.rosenbaum@stoel.com |
| (X) *Via CM/ECF Filing* | (X) *Via CM/ECF Filing* |
| *Of Attorneys for Plaintiff* | *Of Attorneys for Nike, Inc.* |

DATED this 21st day of June 2022.

   */s/ Hillary Caughlin*
Hillary Caughlin, Legal Assistant
hcaughlin@wshblaw.com

24821804.1:11438-0022